IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BRIAN KEITH BIGGS,
     Petitioner,

v.                           Case No.:  3:05cv111/RV/EMT

JAMES R. McDONOUGH,
     Respondent.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated May 24, 2006.  Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of all timely filed objections.

Having considered the report and recommendation, and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The amended petition for writ of habeas corpus (Doc. 9) is **DENIED**.

      **DONE AND ORDERED** this 27th day of June, 2006.


               /s/  *Roger Vinson*
               **ROGER VINSON**
               **SENIOR UNITED STATES DISTRICT JUDGE**